[No. 40555-1-I.    Division One.    March 30, 1998.]

MOHAMED AHMED, *Appellant*, v. JAMES R. ANDREWS,
*Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-01152-1, David A. Nichols, J., entered April 18, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40629-9-I.    Division One.    March 30, 1998.]

*In the Matter of the Marriage of* BRENDA NORTON,
*Respondent*, and SHAWN NORTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-02748-4, Glenna Hall, J., entered February 28 and April 4, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40662-1-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTER
MALONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-02632-0, Charles V. Johnson, J., entered May 12, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40664-7-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. B.V.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00121-0, Laura C. Inveen, J., entered April 14, 1997. *Affirmed* by unpublished per curiam opinion.